■ LAWRENCE J. FALZONE et al., Appellants, v CITY OF TONAWANDA, Respondent. [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from Order of Supreme Court, Erie County, Kane, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Balio and Boehm, JJ.